

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-26-00171-CR

———————————————————

BRIAN GLENN WARE, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 89th District Court
Wichita County, Texas
Trial Court No. DC89-CR2025-1157

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

Appellant Brian Ware attempts to appeal the trial court's order granting the State's motion to dismiss in trial court case number DC89-CR2025-1157. Because we lack jurisdiction over this appeal, we dismiss it.

In the criminal context, our jurisdiction is generally limited to cases in which the trial court has signed a judgment of conviction. Tex. Code Crim. Proc. art. 44.02; Tex. R. App. P. 25.2(a)(2); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App. —Fort Worth 1996, no pet.) (per curiam). But a defendant cannot appeal an order dismissing a criminal charge. *Bohannan v. State*, 352 S.W.3d 47, 48 (Tex. App. —Fort Worth 2011, pet ref'd).

We called this jurisdictional issue to Ware's attention, and we gave him eleven days to show grounds for continuing this appeal. *See* Tex. R. App. P. 44.3. Ware responded and acknowledged that we might lack jurisdiction. He has not directed us to an appealable order in case number DC89-CR2025-1157 but has asked us to clarify any impact our disposition in this appeal would have on a separate appeal that he filed.[1]

Because Ware has not shown grounds for continuing this appeal, we dismiss it for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

---

[1]Appellant has also filed another appeal concerning trial court case number DC89-CR2025-1145 that this court has docketed as appellate case number 02-26-00170-CR. That appeal remains pending before this court and is unaffected by this opinion.

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  June 25, 2026